# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PATRICIA WRIGHT, | : | No. 38 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MISTY MOUNTAIN FARM, LLC AND | : | |
| SHIRLEY MATTHEWS AND DEAN | : | |
| BUCK, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.